# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS LOCAL UNION 721,<br>      Plaintiff,<br>          v.<br>STEPHEN M. GRIGGS,<br>      Defendant. | CV 17-4460 DSF (MRWx)<br><br>JUDGMENT |

      The Court having granted Plaintiff Carpenters Local Union 721's Motion for Summary Judgment filed May 21, 2018,

      IT IS ORDERED AND ADJUDGED that a constructive trust be imposed over all union property acquired by Defendant Stephen M. Griggs after June 30, 2016, including emails and documents, regardless of whether such documents are copies, originals, or electronically stored, with Griggs as constructive trustee. The Court also ORDERS Griggs, as constructive trustee, to account for and return all such property to Plaintiff within 21 days (without maintaining copies in any form). It is also ORDERED that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

      IT IS SO ORDERED.

Date: November 5, 2018

                                                        Dale S. Fischer<br>
                                                        United States District Judge